IT IS ORDERED

Date Entered on Docket: October 16, 2013

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

IN RE:
KRISTINE WILLIAMS,
       Debtor.                                                 No. 13-12-14269 TL

### STIPULATED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on stipulation between debtor and the Chapter 13 Trustee (trustee). On July 1, 2013, the trustee filed a Motion to Dismiss for failure to make timely plan payments failure to turnover all net refunds for tax year 2012 (doc. #43) and gave notice as required. Debtor filed a timely response.

**IT IS THEREFORE ORDERED:**

1. Debtor is $2,145.00 in arrears on her plan payments through October 11, 2013.

2. Debtor owes approximately $1,207.02 in net refunds to the trustee for tax year 2012.

3. Debtor is granted a two (2) month moratorium on her plan payments for the months of July 2013 and August 2013. Debtor's plan is extended from fifty-eight (58) months to sixty (60) months.

4. Debtor shall cure the remaining arrears on her plan payments in the amount of

$715.00 and the net refunds for tax year 2012 plus attorney's fees in the approximate amount of $400.00 by payment of $49.00 each month in addition to her regular plan payment in the amount of $715.00 for a total plan payment of $764.00 each month beginning October 20, 2013 and continuing for the remaining term of the plan.

5. If the debtor does not comply with the terms of this Order, the trustee may submit an order dismissing the case without further notice.

6. If the debtor becomes more than thirty (30) days delinquent any future plan payments, the trustee may submit an order dismissing the case without further notice.

### END OF ORDER ###

| Submitted and approved: | Approved: |
|---|---|
| /s/ks/submitted by e-mail/tk | Via email/10-11-13/jn.tlk |
| Kelley L. Skehen | Jason Neal |
| Chapter 13 Trustee | Attorney for Debtor |
| 625 Silver SW, Ste. 350 | PO Box 8 |
| Albuquerque, NM 87102 | Albuquerque, NM 87103 |
| (505) 243-1335  fax (505) 247-2709 | (505) 837-4400 |
| orders@ch13nm.com | |

Copies To:

Kristine Williams
PO Box 101
Monticello, NM 87939